Appeals for the Third Circuit denied. *Messrs. John W. Davis* and *Clement K. Corbin* for Robb et al. *Mr. Maximilian M. Stallman* for Leckie et al. *Mr. James F. Meagher* for respondents. Reported below: 39 F. (2d) 318.

No. 130. INGRAM *v.* LEWIS ET AL. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Charles A. Chandler* for petitioner. *Messrs. R. Emmett Stewart* and *Daniel Haden Linebaugh* for respondents.

No. 188. INGRAM *v.* WESLEY ET AL. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Charles A. Chandler* for petitioner. *Mr. Edward S. Boyles* for respondents.

No. 132. DAVIS, BANKRUPT, *v.* NATIONAL SURETY CO. ET AL. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Richard B. Montgomery* for petitioner. No appearance for respondents.

No. 133. ELSER, SPECIAL ADMINISTRATOR, *v.* ASIA BANKING CORP. October 13, 1930. Petition for writ of certiorari to the Supreme Court of the Philippine Islands denied. *Messrs. C. A. DeWitt, Eugene A. Perkins, David A. Buckley, Jr.,* and *Wm. Cattron Rigby* for petitioner. *Mr. Allison D. Gibbs* for respondent.

No. 135. UNITED STATES CAN Co. *v.* RYAN. October 13, 1930. Petition for writ of certiorari to the Circuit